RE: _Carlos E Lucia Flores_    Case # _10-36206_

### TRUSTEE'S NOTICE OF DEFICIENCY FOR CONFIRMATION AND RECOMMENDATION (341)
### AND, IF CHECKED, OBJECTION TO DEBTOR'S EXEMPTIONS

The Trustee reviewed this case and found the following deficiencies remain unresolved from the Trustee's letter requesting documents and prior deficiencies and thus objects as follows:

- __ tax returns: personal 2006 2007 2008 2009
- _X_ bank account statements ☐ 3 months pre-petition
  _#1880/6983: 8/24 - 8/31_
- __ Check copy _____
- __ FMV and Payoff: Vehicles   Real Estate
- __ Non homestead Information Sheet
- __ LF 67 Cert. Compliance Request Confirmation
- __ fee application (see court guideline 6)
- _Red_ wage deduction order or motion to waive
- __ Domestic Support Info: name address and phone
- _Ø_ affidavits of ____ support _X_ rent
- __ Info on transfer SOFA #3 #10 undisclosed
  __ Tolling Agreement(s)
- __ Proof of household size (government ID w/ address) and income of all adults
- __ income understated _987.68_ stubs ____ taxes
  co-debtor ____ stubs ____ taxes
- __ spouse's pay advices/spouse's wages not disclosed
- _X_ Expenses objectionable: ☐ Sch J ☐ CMI
  _8_
- _X_ Expenses: documentation/calculation: CMI line
  _30, 47, 49_

- __ Objection to Exemption unresolved ☐ TBE ☐ BLT
- __ Best effort < 36 months < 60 months
- __ D/I > 100%   < 90%   Feasibility
- _X_ CMI/DI _402.13_ x 60 = _____
- ☐ Plus income/expenses issues ☐ Trustee estimate $____
- __ good faith to unsecured
- __ Ch 7 s/b _____ plus tax refund / valuations
- _X_ calculation errors/improper months _1-16_
- _X_ valuation motion (not filed) or  not resolved
- __ undervalued collateral should be crammed down in plan
- __ reaffirm, redeem or surrender Sch D & G creditor
- __ creditor on plan not listed in Schedules or filed POC
- __ other provisions: IVL 100% lawsuit lease gambling
- _X_ Plan does not fund properly
- __ Plan does not conform to/provide for secured/priority POC
  ____ Miami-Dade County   ____ Tax Certificate
  ____ Dept of Revenue   ____ IRS

_____
_____
_____
_____

**BUSINESS DEBTOR DOCUMENTS**
- __ BDQ & attachments
- __ Profit and loss and Balance Sheet
- __ bank statements and checks ____ mon
- __ tax returns: biz 2005 2006 2007 2008 2009

Other: _Provide legible copies of photo ID, SS card, and 401K stmt._
_Real props must be cured and maintained over the course of the plan._

_The Trustee reserves the right to raise additional objections if not all documents are timely provided to the Trustee_
********************************************************************************

_X_ **OBJECTION TO EXEMPTIONS**

The Trustee objects to the Debtor's Exemptions as stated in the Schedule C as being over the legal limit and/or raising a question as to the amount of the claimed exemption and therefore it does not appear that the debtors are entitled to same and therefore excessive or inappropriate exemptions should be stricken and disallowed.

- __ Homestead   [522(p)] [multi-family]
- __ Personal over $1000 w/Home or $5000 w/o
- __ Vague [amt] [descript]   ____ Residency
- __ Proof of BLT: _____

- __ Wages
- __ Valuation Issues
- _X_ Proof of TBE [motion]
- __ Other: _____

- __ Split auto exempt
- __ Proof of pension

### _Trustee will recommend that unless debtor provides/files at least 15 days prior to confirmation hearing all documents, amendments, motions, and letters addressing issues raised in this deficiency that this case be dismissed at confirmation_

I hereby certify that a true and correct copy of the foregoing was served through ECF on the debtor's attorney or on the pro se debtor by U.S. First Class pre-paid Mail and, if marked as an objection to exemption, the notice of hearing generated through ECF was also served as listed above.

Submitted by
NANCY N. HERKERT, ESQUIRE, STANDING CHAPTER 13 TRUSTEE
P.O. BOX 279806, MIRAMAR, FL 33027    (954) 443-4402