UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

www.flsb.uscourts.gov

In re:
CARLOS FLORES AND LUCILA FLORES
Debtors.
_________________________________/

Case No. 10-36206-AJC

Chapter 13

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY,** that a true and correct copy of the Notice of Hearing on Debtor's Motion to Value and Determine Secured Status of Lien on Real Property with IndyMac Bank was sent via certified mail on this 21st day of December 2010 to all parties on the attached service list.

Respectfully Submitted:

**ROBERT SANCHEZ, P.A.**
Attorney for Debtor
900 W 49th Street, Ste 500
Hialeah, FL 33012
Tel. (305) 687-8008

By:*/s/Robert Sanchez*_________________
Robert Sanchez, Esq., FBN#0442161

SERVICE LIST:

Nancy Herkert, Trustee
ECF Registered User

IndyMac Financial Services, Inc.
c/o Tony Ebers, CEO
888 E Walnut ST, 6th Floor
Pasadena, CA 91101

IndyMac Financial Services, Inc.
Corporation Service Company, R.A.
1201 Hays Street
Tallahassee, FL 32301-2525