UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

www.flsb.uscourts.gov

In re:
CARLOS FLORES AND LUCILA FLORES
Debtors.
_________________________________/

Case No. 10-36206-AJC

Chapter 13

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY,** that a true and correct copy of the Notice of Hearing on Debtor's Motion to Value and Determine Secured Status of Lien on Real Property with Bank of America was sent via certified mail on this 21st day of December 2010 to all parties on the attached service list.

Respectfully Submitted:

**ROBERT SANCHEZ, P.A.**
Attorney for Debtor
900 W 49th Street, Ste 500
Hialeah, FL 33012
Tel. (305) 687-8008

By: */s/Robert Sanchez*_________________
Robert Sanchez, Esq., FBN#0442161

SERVICE LIST:

Nancy Herkert, Trustee
ECF Registered User

Bank of America, N.A.
P.O. Box 26012
Greensboro, NC 27410

Bank of America, N.A.
c/o Brian Moynihan, CEO
100 N. Tryon Street
Charlotte, NC 28255

Bank of America Corporation
CT Corporation System, R.A.
1200 South Pine Island Road
Plantation, FL 33324

Bank of America Corporation
Brian T. Moynihan, CEO
401 N Tryon ST, NC1-021-02-20
Charlotte, NC 28255