UNITED STATES BANKRUTPCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:
CARLOS AND LUCILA FLORES,
Debtors.
_______________________/

Case No. 10-36206-AJC
Chapter 13

**MOTION TO MODIFY CHAPTER 13 PLAN**

**COME NOW,** the Debtors, Carlos and Lucila Flores by and through their undersigned counsel and file this Motion to Modify Chapter 13 Plan and as grounds states as follows:

1. On or about August 31, 2010 the instant case was filed.
2. On or about February 8, 2011 debtors' second amended chapter 13 plan was confirmed.
3. On or about March 3, 2011 after the deadline to file claims, the Internal Revenue Service filed a proof of claim (claim #17).
4. Undersigned counsel has no objection to the proof of claim.
5. The Internal Revenue Service is being paid inside the plan, however the amount due is incorrect.
6. Debtors need to modify the plan in order to conform to the proof of claim filed by the Internal Revenue Service (claim #17).
7. Attached hereto is a copy of the First Modified Plan which undersigned counsel has filed.

**WHEREFORE,** undersigned counsel prays that this Honorable Court enter an Order Granting and Approving debtor's First Modified Plan.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 910(A).

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY,** that a true and correct copy of the foregoing was sent via ecf and U.S. Mail this 19th day of April 2011: to all parties on the service list.

Respectfully Submitted:

**ROBERT SANCHEZ, P.A.**
Attorney for Debtor
900 W 49th Street
Suite 500
Hialeah, FL 33010
Tel. 305-374-1234

By:*/s/ Robert Sanchez*______________
Robert Sanchez, Esq., FBN#0442161

Case 10-36206-AJC Doc 73 Filed 04/19/11 Page 1 of 2

UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA

CHAPTER 13 PLAN (Individual Adjustment of Debts)

CASE NO.: 10-36206-AJC

☐ ________ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☒ 1st Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Carlos Flores
Last Four Digits of SS# xxx-xx-6817

CO-DEBTOR: Lucila Flores
Last Four Digits of SS# xxx-xx-1627

☐ This document is a plan summary. Additional data on file in clerk's office attached to original plan.

**MONTHLY PLAN PAYMENT:** Including trustee's fee not to exceed 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for a period of 60 months: In the event the Trustee does not collect the full 10%, any portion not collected will be paid to creditors' pro-rata under the plan:

A. $ 624.02 for months 1 to 7 ;
B. $ 1,584.11 for months 8 to - ;
C. $ 919.23 for months 9 to 12
D. $ 638.04 for months 13 to 60 in order to pay the following creditors:

Administrative: Attorney's Fee $ 3,750.00 + $500.00 (for motion to strip 2nd mtge on homestead)
+ $500.00 (for motion to strip 2nd mtge on non-homestead)
TOTAL ATTORNEY FEES $ 4,750.00
TOTAL PAID $2,000.00

Balance Due $ 2,750.00 payable $ 229.17 month (Months 1 to 7 )
$598.39 month (Months 8 to - )
$109.49 months (Months 9 to 12 )

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. § 1325 (a)(5)] Mortgages(s)/Liens on Real or Personal Property:

1. Baracoa Condo Association
Address c/o Neighborhood Property Management
P.O. Box 160310
Hialeah, FL 33016
Acct No. 405

Arrearage on Petition Date $ 620.00
Arrears Payment $ 39.02 /month (Months 1 to 7)
Regular Payment $ 142.36 /month (Months 1 to 7 )
Payment $69.38 / month (Months 8 to - )
Payment $69.38/ month (Months 9 to 12)
Regular Payment $253.07/ month (Months 8 to 12)

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION (UTILIZING LOCAL FORM MOTION TO VALUE COLLATERAL IN PLAN) WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Value of Collateral | Rate of Interest | Plan Payments | Months of Payments | Total Plan Payments |
|---|---|---|---|---|---|
| IndyMac Bank<br>(2nd mortgage on homestead)<br>Loan No. 8800143169<br>Prop Add: 8974 NW 114th St<br>Hialeah, FL 33018 | Homestead Property<br>$172,362.00 | 0% | N/A | N/A | N/A |
| Bank of America<br>(2nd mortgage on non-homestead)<br>Loan No. xxxxxxx6892<br>Prop Add: 6091 W 22nd CT, #405<br>Hialeah, FL 33016 | Non-Homestead Property<br>$106,440.00 | 0% | N/A | N/A | |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. Internal Revenue Service

Total Due $ 6,420.30 (includes interest)
Payable $ 151.05 /month (Months 1 to 7 )
Payable $204.86 / month (Months 8 to - )
Payable $99.20 /month (Months 9 to 12)
Payable $99.20 /month (Months 13 to 60 )

Unsecured Creditors: Pay $ 300.00 month (Months 8 to -): Pay $405.66/mo (Mos 9 to 12) Pay $475.04/mo Mos 13 to 60)
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: The debtors are paying Bank of America (loan #xxxxx9464), IndyMac Mortgage Services (loan#xxx1639) and Wells Fargo Auto Financial directly outside the plan. The debtors will modify their chapter 13 plan to provide for the distribution of funds recovered from their pending lawsuit, which are not exempt to the unsecured creditors. This 1st modified plan starts in month #8, which is April 2011.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

Debtor
Date: 04/19/11

Joint Debtor
Date: 04/19/11

LF-31 (rev. 06/02/08)