**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

CASE NO.: **10-36206-AJC**

☐ _____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☒ __2nd__ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Carlos Flores                           CO-DEBTOR: Lucila Flores
Last Four Digits of SS# xxx-xx-6817             Last Four Digits of SS# xxx-xx-1627

☐ This document is a plan summary. Additional data on file in clerk's office attached to original plan.

**MONTHLY PLAN PAYMENT:** Including trustee's fee not to exceed 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for a period of __60__ months: In the event the Trustee does not collect the full 10%, any portion not collected will be paid to creditors' pro-rata under the plan:

  A.  $ 848.74     for months    1    to   8  ;
  B.  $ 2,326.31   for months    9    to   9  ;
  C.  $ 631.23     for months    10   to   60  in order to pay the following creditors:

Administrative:    Attorney's Fee    $ 3,750.00 + $500.00 (for motion to strip 2nd mtge on homestead)
                                     + $500.00 (for motion to strip 2nd mtge on non-homestead)
                                     TOTAL ATTORNEY FEES $ 4,750.00
                                     TOTAL PAID $2,750.00
                   Balance Due       $ 916.64 payable $ 229.17 month (Months  1  to  8 )
                                              $ 916.64 month (Months  9  to  9 )

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. § 1325 (a)(5)] Mortgages(s)/Liens on Real or Personal Property:

1. Baracoa Condo Association                 Arrearage on Petition Date $ 620.00
Address c/o Neighborhood Property Management Arrears Payment $ 40.60   /month (Months 1 to 8)
        P.O. Box 160310                      Regular Payment $ 148.13  /month (Months 1 to 8)
        Hialeah, FL 33016                    Arrears Payment $295.20   /month (Months 9 to 9)
        Acct No. 405                         Regular Payment $511.37   /month (Months 9 to 9)

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION (UTILIZING LOCAL FORM MOTION TO VALUE COLLATERAL IN PLAN) WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Value of Collateral | Rate of Interest | Plan Payments | Months of Payments | Total Plan Payments |
|---|---|---|---|---|---|
| IndyMac Bank (2nd mortgage on homestead) Loan No. 8800143169 Prop Add: 8974 NW 114th St Hialeah, FL 33018 | Homestead Property $172,362.00 | 0% | N/A | N/A | N/A |
| Bank of America (2nd mortgage on non-homestead) Loan No. xxxxxxx6892 Prop Add: 6091 W 22nd CT, #405 Hialeah, FL 33016 | Non-Homestead Property $106,440.00 | 0% | N/A | N/A | N/A |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. Internal Revenue Service          Total Due $ 6,420.30 (includes interest)
                                     Payable $ 157.17 /month (Months  1  to  8 )
                                     Payable $ 300.00 / month (Months  9  to  9)
                                     Payable $95.36 /month (Months  10  to  60)

Unsecured Creditors: Pay $70.47 month (Months  9  to  9). Pay $472.74/mo (Mos 10 to 60)
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:).<u>The debtors are paying Bank of America (loan #xxxxx9464), IndyMac Mortgage Services (loan#xxx1639) and Wells Fargo Auto Financial directly outside the plan. The debtors will modify their chapter 13 plan to provide for the distribution of funds recovered from their pending lawsuit, which are not exempt to the unsecured creditors. This 2nd modified plan starts in month #9, which is June 2011.</u>

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

Debtor
Date: 05/31/11

Joint Debtor
Date: 05/31/11

LF-31 (rev. 06/02/08)