```
              UNITED STATES BANKRUPTCY COURT
               SOUTHERN DISTRICT OF FLORIDA

                                      PROCEEDINGS UNDER CHAPTER 13

IN RE:                                CASE NO. 10-36206-BKC-AJC
CARLOS FLORES

LUCILA FLORES

      Debtor(s)
_____/
```

### NOTICE OF HEARING AND TRUSTEE'S MOTION TO DISMISS

PLEASE TAKE NOTICE that a hearing will be held at the U.S. Bankruptcy Court, Room No. 1410, 51 South West First Avenue, Miami, Florida 33130 on    March 20, 2012 at  9:00 a.m. to determine whether this case should be dismissed.

COMES NOW Nancy N. Herkert, Trustee herein of the above-named debtor(s) and files her Motion to Dismiss pursuant to 11 U.S.C. Section 1307(c) for the reasons set forth below:

1. Material change prejudicial to creditors in payment terms resulting from unscheduled, unlisted, or improperly listed tax or other claims.

Wherefore, your movant recommends it is in the best interest of the creditors and the estate that this petition under Chapter 13 be dismissed.

I CERTIFY that copies of this Notice of Hearing and Motion were mailed  February 22, 2012 to the parties listed below.

*COPIES FURNISHED TO:
 SEE ATTACHED SERVICE LIST

NANCY N. HERKERT, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 279806
MIRAMAR, FL 33027
Telephone: (954) 443-4402
Florida Bar No. 441856

COPIES FURNISHED TO:

NANCY N. HERKERT, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 279806
MIRAMAR, FLORIDA 33027-9806

CARLOS FLORES
LUCILA FLORES
DEBTOR(S)
8974 NW 114 ST
HIALEAH, FL  33018

ROBERT SANCHEZ, ESQUIRE
900 W 49 STREET, SUITE 500
HIALEAH, FL  33012

P. 1

\* \* \* COMMUNICATION RESULT REPORT ( NOV. 8. 2011 2:54PM ) \* \* \*

```
                                                   FAX HEADER 1:  CHAPTER 13 STANDING
                                                   FAX HEADER 2:
TRANSMITTED/STORED : NOV. 8. 2011  2:52PM
FILE MODE            OPTION              ADDRESS                        RESULT        PAGE
--------------------------------------------------------------------------------------------
2357 MEMORY TX                           G3  :Robert Sanchez, PA         OK           1/1
--------------------------------------------------------------------------------------------
REASON FOR ERROR
     E-1) HANG UP OR LINE FAIL            E-2) BUSY
     E-3) NO ANSWER                       E-4) NO FACSIMILE CONNECTION
     E-5) MAIL SIZE OVER
```

OFFICE OF THE CHAPTER 13 TRUSTEE
SOUTHERN DISTRICT OF FLORIDA
NANCY N. HERKERT, ESQUIRE
P.O. BOX 279806
MIRAMAR, FLORIDA 33027
TELEPHONE: (954) 443-4402
FAX: (954) 443-4452

ROBERT SANCHEZ, ESQUIRE                               Date: November 8, 2011
900 W 49 STREET, SUITE 500
HIALEAH, FL
  33012
                                                          CL REG #14

In Re: 10-36206-BKC- AJC
       CARLOS FLORES
       LUCILA FLORES

Dear ROBERT SANCHEZ, ESQUIRE

The Trustee has recommended confirmation of a Plan in the above-referenced case based upon your assurance that ONEWEST BANK, FSB had agreed to the Debtor's treatment of its collateral. The Trustee has since received a copy of a Proof of Claim filed with the Bankruptcy Court.

The Proof of Claim is filed as such:

   Amount of Claim: $_____

   _____ A secured creditor in the amount of $_____.

   ✓____ A secured creditor with arrearage and costs in the
         amount of $ 2927.00_____.

   _____ An unsecured priority creditor in the amount of
         $_____.

   _____ Other: _____

The Debtor is directed to either file a Motion to Modify the Confirmed Plan to include the amount listed in the Proof of Claim, or an Objection to the Proof of Claim within twenty (20) days of this correspondence. Failure to do so may render the Plan unfeasible and the Trustee may file a Motion to Dismiss this case with prejudice for six (6) months.

Very truly yours,

*Darwin*
Claims Administrator

cc: Debtor