

ORDERED in the Southern District of Florida on February 3, 2016.

A. Jay Cristol, Judge
United States Bankruptcy Court

___

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:                                              Case No. 10-36206-AJC
CARLOS AND LUCILA FLORES,                           Chapter 13
         Debtors_____/

### ORDER GRANTING MOTION TO ALLOW LATE FILED PROOF OF CLAIM

**THIS MATTER** having come to be heard on January 19, 2016 upon Debtors' Motion to Allow Late Filed Proof of Claim, IT IS;

**ORDERED AND ADJUDGED:**

1. Debtor's Motion to Allow Late Filed Proof of Claim of the Internal Revenue Service is GRANTED.

2. The proof of claim filed by the Internal Revenue Service (claim number 17) is allowed.

# # #

The Law Office of Robert Sanchez, P.A., is hereby directed to mail a conformed copy of this order to all affected parties.